# United States District Court

### for

### District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rajhan Spears

Cr.: CR-03-410-10
PACTS Number: 36136

Name of Sentencing Judicial Officer:  Honorable John C. Lifland
United States District Judge

Date of Original Sentence: 02/06/2004

Original Offense: Conspiracy to Distribute Cocaine, 18 U.S.C. § 846 [21 U.S.C. § 41(a) and (b)(1)(B)]

Original Sentence: Imprisonment - 63 months; Supervised Release - 4 years; Special Assessment - $100

Type of Supervision: Supervised release          Date Supervision Commenced: 03/24/2008

## PETITIONING THE COURT

[X]   To extend the term of supervision for 3 months (from the date of March 23, 2012)
[ ]   To modify the conditions of supervision as follows.  The addition of the following special
condition(s):

### CAUSE

The offender has violated the condition of supervision which states, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances." Specifically, the offender submitted to urinalysis testing on March 17, 2012, the result of which was positive for marijuana use. The offender acknowledged using marijuana two days prior while at a party, stating that he was celebrating the fact that he would be getting off of supervision. The offender expressed great disappointment in his own behavior.

Respectfully submitted,

By:  Damary Bonilla
U.S. Probation Officer
Date:  03/19/2012

THE COURT ORDERS:

[X]  The Extension of Supervision as Noted Above
[ ]  The Modification of Conditions as Noted Above
[ ]  No Action
[ ]  Other

Signature of Judicial Officer

3/20/12
Date